## STATEMENT OF OFFENSE

On August 22, 2025, W-1, an employee of the U.S. Postal Service was inspecting mailboxes at the condominium building located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ when he discovered a firearm inside mailbox number 301. W-1 contacted U.S. Postal Inspector William Owens, who in turn contacted the Joint Terrorism Task Force. Detective Jordan Katz of the JTTF, contacted Sergeant S. Morgan of the Metropolitan Police Department. Sergeant Morgan contacted B.F., who is a Metropolitan Police Department Officer. B.F. was instructed to respond to 3819 W Street SE to recover the firearm from the mailbox.

B.F. responded to ▮▮▮▮▮▮▮▮▮▮ and met with W-1 who led B.F. to where the firearm was located. B.F. then contacted the D.C. Department of Forensic Sciences to recover the firearm. While waiting for DFS to arrive, an individual later identified as Phillip Alphonso MAYES (DOB 10/11/1951) walked down the steps of the building to the mailbox, grabbed the firearm in mailbox number 301, and stated "that's mine."



**Figure 1: MAYES in possession of the firearm after he took it from mailbox 301.**

B.F. grabbed MAYES's arm and attempted to take the firearm from his possession. After a struggle, B.F. was able to successfully remove the firearm from MAYES's hand and gain possession of it. B.F. told MAYES to turn around so that she could detain him, but MAYES reached into his pockets and another struggle ensued. Eventually, MAYES turned around as though to submit to being handcuffed, but as B.F. attempted to place MAYES into handcuffs, MAYES pushed B.F. back into a wall and forced his way up the stairs. B.F., who is substantially smaller than MAYES, held onto MAYES's clothing and tried to stop him while she called for additional units and yelled for him to "stop." MAYES dragged B.F. up multiple flights of stairs while B.F. held onto his clothing and attempted to stop him. At one point while MAYES dragged B.F. up the stairs, B.F. felt MAYES reaching towards the firearm on her leg. MAYES was unsuccessful in taking B.F.'s firearm, but continued to drag her up the stairs to his door and into Unit 301.

Once inside his unit, MAYES broke free from B.F.'s grasp, and B.F. ran down the stairs away from him. From the struggle with MAYES, B.F. suffered pain in her right hand and elbow, and sustained scratches to her right forearm and the right side of her face. Additional MPD officers arrived on scene, placed MAYES under arrest at approximately 11:54 a.m., and transported him to the Sixth District for processing.

DFS arrived on the scene and recovered the firearm initially found in mailbox number 301. The firearm was a Rossi 38 Special revolver, serial number D539347, loaded with five rounds of 38 special ammunition. The gun appeared to be a fully functional firearm with a barrel length of less than 12 inches, designed to be fired with a single hand and capable of expelling a projectile by means of an explosion.

At the Sixth District, MAYES met with a detective and waived his *Miranda* rights. He told the detective that his neighbor informed him that someone was at the mailboxes on the first floor, so he went downstairs where he found his mailbox open. MAYES admitted to retrieving the handgun he previously placed in his mailbox and trying to take it upstairs. MAYES said he saw a police officer standing by and writing in her notebook, but that he did not think he was doing anything wrong by retrieving the weapon. MAYES told the detective that, when instructed, he put the gun down immediately. But when the officer tried to arrest him, MAYES said that he wanted to put clothes on first, and refused to stop when the officer tried to prevent him from returning to his unit. MAYES stated that he went into his unit, put clothes on, retrieved some belongings, and then came back outside to address his interaction with the officer. During the interview, MAYES told the detective that he had a .357 magnum inside his closet in a blue bag.

Pursuant to a judicially authorized search warrant, members of MPD searched Unit ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and found a silver revolver with a black handle in a closet in a black bag. The firearm was a Rossi .357 magnum, loaded with six rounds of .357 magnum ammunition. The gun appeared to be a fully functional firearm with a barrel length of less than 12

2

inches, designed to be fired with a single hand and capable of expelling a projectile by means of an explosion.

There are no firearm or ammunition manufacturers in the District of Columbia. Thus, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

A criminal history check revealed that MAYES had previously been convicted of a crime punishable by a term of incarceration greater than one year. According to a NCIC query, in case number 00CF2428 in Lake County Circuit Court Waukegan, Illinois, MAYES was convicted of Possession of a Controlled Substance, and on June 15, 2001, was sentenced to two years' imprisonment.

As such, your affiant submits that probable cause exists to charge Phillip Alphonso MAYES (DOB 10/11/1951) with two violations of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition, and one violation of 22 D.C. Code § 405(c), which makes it a crime of assault a police officer.

Respectfully submitted,

Steven Weatherhead
Special Agent, Badge #21786
Federal Bureau of Investigation

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 24, 2025.

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE